Highlands *v.* Dallas—165 Ind. 710.

SLOCUM ET AL. *v.* DALLAS ET AL.

[No. 20,604.    Filed October 31, 1905.]

HARMON ET AL. *v.* DALLAS ET AL.

[No. 20,605.    Filed November 2, 1905.]

NICHOLS ET AL. *v.* DALLAS ET AL.

[No. 20,606.    Filed November 3, 1905.]

From Pulaski Circuit Court; *Truman F. Palmer,* Special Judge.

Suits by Charles Dallas and another against Frank G. Slocum and others.    From decrees for plaintiffs, defendants appeal. Transferred from Appellate Court under §1337u Burns 1901, Acts 1901, p. 590.    *Affirmed.*

*Warren W. Borders* and *George Burson,* for appellants.
*Henry A. Steis,* for appellees.

MONTGOMERY, J.—The questions presented by the records in these cases are in all respects the same as those decided in the case of *Low* v. *Dallas* (1905), *ante,* 392, and upon the authority of that case the judgments in these cases are affirmed.

---

HIGHLANDS ET AL. *v.* DALLAS ET AL.

[No. 20,607.    Filed November 2, 1905.]

From Pulaski Circuit Court; *Truman F. Palmer,* Special Judge.

Suit by Charles Dallas and another against Isabelle Highlands and others.    From a decree for plaintiffs, defendants appeal. Transferred from Appellate Court under §1337u Burns 1901, Acts 1901, p. 590.    *Affirmed.*

*Warren W. Borders* and *George Burson,* for appellants.
*Henry A. Steis,* for appellees.

HADLEY, J.—The pleadings, issues and questions arising in this case are in all respects the same as those considered and decided in *Low* v. *Dallas* (1905), *ante,* 392, and upon the authority of that case the judgment in this case is affirmed.